TOYOTA MOTOR SALES,
INC., Plaintiff,

v.

UNITED STATES, Defendant,

Hyster Co., a.k.a., NACCO Materials
Handling Group, Inc.,[1] et al.,
Defendant–Intervenors.

Slip Op. 94–33.
Court No. 92–03–00134.

United States Court of
International Trade.

March 1, 1994.

## JUDGMENT

CARMAN, Judge.

### ORDER

This case having been duly submitted for decision and this Court, after due deliberation, having rendered a decision herein; now, in conformity with said decision, it is hereby

**ORDERED** that Commerce's remand determination in *Final Results of Redetermination Pursuant to Court Remand, Toyota Motor Sales, USA, Inc. and Toyo Umpanki Co., Ltd. v. United States, Court No. 92–03–00134, Court Order (July 23, 1993)* (1993) is sustained; and it is further

**ORDERED** that this action is dismissed.